UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSE DUPREE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA and CDCR,<br><br>　　　　　Respondents. | No.  1:15-cv-00566-SKO  HC<br><br>**ORDER REGARDING STATUS OF CASE**<br><br>**(Doc. 10)** |

　　　　Petitioner, a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for a statement of the status of the above-captioned case.[1] On August 24, 2015, the Court screened the petition in compliance with Rule 4 of the Rules Governing Section 2254 Cases, and dismissed the petition with leave to amend.  On September 10, 2015, Petitioner filed objections to the Court's screening and declined to amend the petition.

　　　　Petitioner requested that the Court dismiss the petition and grant him a certificate of appealability to allow him to pursue his claims in the Ninth Circuit Court of Appeals.  On September 24, 2015, the Court dismissed the petition for lack of jurisdiction, but declined to issue a certificate of appealability. Copies of the order and judgment were served on Petitioner by mail on September 24, 2015.

IT IS SO ORDERED.

Dated:　**October 7, 2015**　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), Petitioner consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1