# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSE DUPREE, JR., <br><br> Petitioner, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, and CDCR, <br><br> Respondents. | No. 1:15-cv-00566-SKO  HC <br><br> **ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** <br><br> **(Doc. 13)** |

On April 13, 2015, Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] The Court conducted a preliminary review of the petition, pursuant to Rule 4 of the Rules Governing § 2254 Cases, and dismissed the petition with leave to amend on August 24, 2015. Doc. 6. On September 10, 2015, Petitioner filed objections to Court's order to amend and stated, "[T]he Petitioner will not be filing an amended complaint as to ground 1 with the Court. But, is requesting a certificate of appealability in the 9th Circuit." Doc. 7. On September 24, 2015, the Court dismissed the petition for lack of jurisdiction and denied the request for a certificate of appealability. On December 2, 2015, Petitioner filed two documents in this Court: (1) Notice Regarding Filing of COA in Ninth Circuit (Doc. 12), and (2) Motion for Certificate of Appealability (Doc. 13).

As set forth above, this Court has already issued an order denying a certificate of appealability. Apparently, Petitioner now intends to seek a certificate of appealability from the

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), Petitioner consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1

U.S. Court of Appeals for the Ninth Circuit.  Pursuant to F.R.App.P. 22(b) and Circuit Rule 22-1(d), he must submit his motion to the Ninth Circuit after he has filed a Notice of Appeal.  This Court offers no opinion regarding Petitioner's ability to do so in light of the time limitations set forth in F.R.App.P. 22(b) and Circuit Rule 22-1(d).

      The motion for this Court's issuance of a certificate of appealability is hereby DENIED.

IT IS SO ORDERED.

Dated:   **December 7, 2015**                      **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE